IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROBIN TASCO,                            :    CIVIL ACTION
                                        :    NO. 11-1393
    Plaintiff,                        :
                                        :
  v.                                    :
                                        :
INTERNATIONAL BROTHERHOOD OF            :
ELECTRICAL WORKERS, LOCAL #98,          :
                                        :
    Defendant.                        :

## **O R D E R**

**AND NOW**, this **8th** day of **February, 2013,** it is hereby **ORDERED** that Defendant's Motion for Summary Judgment, ECF No. 32, is **GRANTED in part and DENIED in part** as follows:

1) Defendant's motion is **GRANTED** as to Plaintiff's Counts I and III claims of race/gender discrimination under Title VII and 42 U.S.C. § 1981, respectively; and

2) Defendant's motion is **DENIED** as to Counts II and IV with respect to Plaintiff's claim of unlawful retaliation.

    **AND IT IS SO ORDERED.**


                          **/s/ Eduardo C. Robreno**
                          **EDUARDO C. ROBRENO,    J.**